**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1889

HONG TANG,

Plaintiff - Appellant,

v.

KURT L. SCHMOKE, in his official and individual capacities; DARLENE BRANNIGAN SMITH, in her official capacity; JOSEPH S. WOOD, in his official and individual capacities; KATHLEEN ANDERSON, in her official and individual capacities; ROGER E. HARTLEY, in his official capacity; CHRISTY LEE KOONTZ, in her official and individual capacities; PATRIA DE LANCER JULNES, in her official and individual capacities; CATHERINE F. ANDERSEN, in her official capacity; UNIVERSITY OF BALTIMORE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:22-cv-00341-SAG)

Submitted:  June 15, 2023                          Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hong Tang, Appellant Pro Se. Lillian Lane Reynolds, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hong Tang appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Tang v. Schmoke*, No. 1:22-cv-00341-SAG (D. Md. July 25, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
